IN RE: AMERICAN TELEPHONE AND TELEGRAPH
COMPANY OF NEW JERSEY.

July 22, 1974. Petition for certification denied.

IN RE: ESTATE OF HARRY CANTOR.

July 22, 1974. Petition for certification denied.

IN RE: PROBATE OF ALLEGED WILL OF JAMES H. LEWIS.

July 22, 1974. Petition for certification granted.

IN RE: PETITION OF 15 REGISTERED VOTERS.

July 22, 1974. Petition for certification denied.

IN RE: NOMINATING PETITION OF CLARE R. PETTI.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH STREETE.

July 22, 1974. Petition for certification denied.